granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0425. Dunn v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Andrew Dunn.

Sua sponte, the writ is allowed. Allowing the writ means only that a return is ordered. See *Reed v. Kinkela* (1998), 84 Ohio St.3d 1427, 702 N.E.2d 903; *Hernandez v. Kelly*, 107 Ohio St.3d 1430, 2005-Ohio-6400, 838 N.E.2d 670.

Respondent shall file a return of writ within 21 days of service of the petition and petitioner may file a response within ten days after the return is filed. Petitioner's physical presence before the court will not be required.

O'CONNOR and O'DONNELL, JJ., dissent and would dismiss the cause.

## APPEALS ACCEPTED FOR REVIEW

**2007–2193. State v. Bartrum.**

Summit App. No. 23549, 2007-Ohio-5410.

PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2007–2232. State v. Peterson.**

Montgomery App. No. 22008, 173 Ohio App.3d 575, 2007-Ohio-5667.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2007–2310. State v. Jones.**

Stark App. No. 2007 CA 00139, 2007-Ohio-5818. Discretionary appeal accepted and cause consolidated with 2007–2311, *State v. Skropits*, Stark App. No. 2007 CA 00098, 2007-Ohio-5817.

PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2007–1404. Krause v. Bislich.**

Lorain App. No. 06CA008937, 2007-Ohio-2983. Discretionary appeal not accepted. Motion for stay denied as moot.

O'DONNELL, J., dissents and would accept the appeal.

**2007–1487. Parrish v. Coles.**

Franklin App. Nos. 06AP–696 and 07AP–720, 2007-Ohio-3229.

**2007–2012. State v. Odavar.**

Cuyahoga App. No. 89029, 2007-Ohio-5535.

**2007–2154. State ex rel. Lopez v. Deters.**

Hamilton App. No. C–061057.

**2007–2159. State v. Gordon.**

Muskingum App. No. CT2007–0011, 2007-Ohio-5545.

**2007–2163. State v. Wells.**

Warren App. No. CA2006–11–129, 2007-Ohio-5388.

**2007–2183. Tingler v. C.J. Mahan Constr. Co.**

Stark App. No. 2007CA00086, 2007-Ohio-5463.

**2007–2185. State v. Collins.**

Clermont App. No. CA2007–01–010, 2007-Ohio-5392.

O'CONNOR, J., dissents.

**2007–2194. State v. Lopez.**

Lucas App. No. L–06–1243, 2007-Ohio-5473.